UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:16-cv-12593-RGS

RAOUL MARRADI,

    Plaintiff,

vs.

BRT HOLDINGS, LLC, and
CRT FOOD & BEVERAGE, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

The Parties, by and through the undersigned counsel, hereby submit this Notice of Settlement to advise the Court that a settlement has been reached by the Parties. A Stipulation for Settlement has been drafted and finalized and is being circulated to the parties for execution. The Parties respectfully request that the Court dismiss the case without prejudice subject only to the right of either party to move within thirty (30) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Respectfully submitted

| The Plaintiff,<br>By his attorneys, | The Defendant,<br>By its attorneys, |
|---|---|
| /s/Edward N. Garno, Esq.<br>Edward N. Garno, Esq.<br>147 Central Street, Suite 213<br>Lowell, Massachusetts 01852<br>Telephone: (978) 687-7805<br>Facsimile: (978) 446-1311<br>E-mail: nedgarno@hotmail.com<br>Massachusetts Bar No.: 564378<br>Counsel for Plaintiff | /s/Jeremy Y. Weltman, Esq.<br>Jeremy Y. Weltman, Esq.<br>Kerstein, Coren & Lichtenstein<br>60 Walnut Street<br>Wellesley, Massachusetts 02468<br>Telephone: (781) 997-1600<br>Facsimile: (781) 997-1633<br>E-mail: jweltman@kcl-law.com<br>Massachusetts Bar No.: 662293<br>Counsel for Defendant |
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Plaintiff | |