UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:16-cv-12593-RGS

RAOUL MARRADI,

       Plaintiff,

vs.

BRT HOLDINGS, LLC, and
CRT FOOD & BEVERAGE, INC.,

       Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, | The Defendants, |
| By his attorneys, | By their attorneys, |
| | |
| /s/Todd W. Shulby, Esq. | /s/Jeremy Y. Weltman, Esq. |
| Todd W. Shulby, Esq. | Jeremy Y. Weltman, Esq. |
| Todd W. Shulby, P.A. | Kerstein, Coren & Lichtenstein |
| 1792 Bell Tower Lane | 60 Walnut Street |
| Weston, Florida 33326 | Wellesley, Massachusetts 02468 |
| Telephone: (954) 530-2236 | Telephone: (781) 997-1600 |
| Facsimile: (954) 530-6628 | Facsimile: (781) 997-1633 |
| E-mail: tshulby@shulbylaw.com | E-mail: jweltman@kcl-law.com |
| Florida Bar No.: 068365 | Massachusetts Bar No.: 662293 |
| Counsel for Plaintiff | Counsel for Defendant |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>October 25, 2017</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jeremy Y. Weltman, Esq.

I HEREBY CERTIFY that on <u>October 25, 2017</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will send a notice of electronic filing by U.S. Mail to the following: None.

                                                         By:    <u>/s/Todd W. Shulby, Esq.</u>
                                                                                  Florida Bar No.:  068365